No. 257.   BREECE, ADMINISTRATRIX, *v.* J. F. CHAPMAN & SON, INC.   C. A. 3d Cir.   Certiorari denied.   *William M. Feinberg* for petitioner.   *John A. Ackerman* for respondent.

No. 258.   ALEXANDER *v.* COUNTY BOARD OF ARLINGTON COUNTY ET AL.   Supreme Court of Appeals of Virginia. Certiorari denied.   *Samuel W. Tucker* for petitioner. *William J. Hassan, Peter J. Kostik* and *James H. Simmonds* for respondents.

No. 259.   HOLIDAY LODGE, INC., *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION.   C. A. 7th Cir.   Certiorari denied.   *Morris S. Bromberg* and *Samuel E. Hirsch* for petitioner.   *Edward Rothbart* for respondent.

No. 261.   SOUTHERN FARMS, INC., *v.* GOLDBERG, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.   *Landman Teller* for petitioner.   *Solicitor General Cox, Charles Donahue, Jacob I. Karro* and *Caruthers Gholson Berger* for respondent.

No. 263.   AMERICAN NEWS CO. ET AL. *v.* FEDERAL TRADE COMMISSION.   C. A. 2d Cir.   Certiorari denied.   *Eugene Frederick Roth* and *Lester Lewis Jay* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Irwin A. Seibel, James McI. Henderson* and *Miles J. Brown* for respondent.

No. 264.   PENNSYLVANIA RAILROAD Co. *v.* GOWINS. C. A. 6th Cir.   Certiorari denied.   *Robert L. Barton* for petitioner.   *C. Richard Grieser* for respondent.